UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRUCE F. FINSTER,

                         Plaintiff,

    vs                                        6:05-CV-57

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

PETER W. ANTONOWICZ, ESQ.
Attorney for Plaintiff
1300 Floyd Avenue
Rome, New York 13440-4600

HON. GLENN T. SUDDABY                 WILLIAM H. PEASE, ESQ.
United States Attorney                      Assistant U.S. Attorney
   Northern District of New York
Attorney for Defendant
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff filed this action in January 2005, seeking judicial review of the denial of

Social Security benefits.  By Report-Recommendation dated December 27, 2007, the

Honorable George H. Lowe, United States Magistrate Judge, recommended that this matter

be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for

further proceedings consistent with the Report-Recommendation.  No objections have been

filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Lowe, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that this matter is REMANDED to the Commissioner for further proceedings consistent with the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 23, 2008
Utica, New York.